JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERT STEVEN AMAYA,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>RAYMOND MADDEN,<br><br>　　　　　　Respondents. | ) No. ED CV 16-01986-DSF (DFM)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　　IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

　　　　4/24/17

Dated: _____

_____
DALE S. FISCHER
United States District Judge